JS-6
Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR 17 2009

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA FOX JONES,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>    Defendant. | Case No. EDCV 08-580 RNB<br><br>**JUDGMENT** |

In accordance with the Order Affirming Decision of Commissioner filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: March 13, 2009

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 17 2009

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY